UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY ___CG___ D.C.

05 JUN 30 PM 2: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

-v-

03-20468-02-Ma

**BLUE LIGHT STUDIO, INC.**
a Tennessee Corporation

<u>Scott Hall, Retained</u>
Defense Attorney
200 Jefferson, Suite 1313
Memphis, Tennessee  38103

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant was found guilty on Counts 1-4, 8-16 & 19-46 of the Indictment on January 19, 2005. Thereafter, at the sentencing hearing, the Court dismissed Counts 1-4, 8, 22, and 23-27.  The jury also found that the property of defendant (Count 52) is subject to forfeiture. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| <u>Title & Section</u> | <u>Nature of Offense</u> | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1028(a)(1)<br>18 U.S.C. § 2 | Identity theft; aiding and abetting | 02/18/2003 | 9-16 |
| 18 U.S.C. § 1028(a)(5)<br>18 U.S.C. § 2 | Producing, transferring or possessing a document-making implement or authentication features with intent to produce false identifications; aiding and abetting | 03/06/2003 | 19 & 20 |
| 18 U.S.C. § 1028(a)(6)<br>18 U.S.C. § 2 | Possession of false identification document; aiding and abetting | 03/06/2003 | 21 |
| 18 U.S.C. § 1028(a)(7)<br>18 U.S.C. § 2 | Transfer or use of an identification document with the intent to commit or aid and abet unlawful activity | 12/23/2000 | 28-46 |

Counts 5, 47-49 and 51 are dismissed on the motion of the United States.  Counts 17, 18 and 50 are dismissed on the motion of the defense.

The Court declared a mistrial as to Counts 6 and 7.

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Mandatory Victims Restitution Act of 1996.

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on  7-11-05



Case No: 03-20468-02-Ma
Defendant Name: Blue Light Studio, Inc.
      Page 2 of 3


**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
June 09, 2005

Deft's U.S. Employer ID No.:  621829051

Defendant's Mailing Address:
247 S. Cooper
Memphis, TN 38104

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

June____**20**____, 2005

Case No: 03-20468-02-Ma
Defendant Name: Blue Light Studio, Inc.
Page 3 of 3

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| **$12,000.00** | **$650,000.00** | |

The Special Assessment shall be due immediately.

## FINE
A Fine in the amount of $ 650,000.00 is imposed.

## RESTITUTION
No Restitution was ordered.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:03-CR-20468 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT